UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS-HOUSTION DIVISION

Plaintiff:   Case No.   **4:22-cv-1124**

Kent Vu Phan

v.

Defendant:

Aurora Medical Center at Colorado for

Dr. Colin Buchanan

## COMPLAINT AND JURY DEMAND

**I-   JURISDICTION AND VENUE**

-28 U.S.C. 1332 Diversity of Citizenship; Amount in controversy; cost

(a) (1)

-28 U.S.C. 1391 Venue Generally.

- Pursuant to Equality Act 2010, PAIMI, 42 U.S.C. 10801 plaintiff is

   Vulnerable

-C.R.S. 13-21-102 and 102.5

**II-   PARTIES**

Plaintiff: Kent Vu Phan

2143 Shiveley Circle Houston Texas 77032

Defendant: The Aurora Medical Center of Colorado for Dr. Colin Buchanan.

1501 South Potomac Street Aurora, CO 80012

### III- THE FACTS

After surgery on thoracic of plaintiff on 08/19/2020; plaintiff still suffering a pain. On the December of 2020 Dr. Jefrey Snyder of Urology Association at 799 E Hampden Ave Suite 430 informed that one screw on fusion on thoracic was loosen and pain was come from here too. On 01/06/2021 after kidney stone surgery; plaintiff come back to see Dr. Colin Buchanan and he ordered X-Ray and he also affirmed that one screw had loosen.

For the surgery on 08/19/2020 the surgery doctor was not Dr. Colin Buchanan (I guess), but performed by a practice/intern doctor that was a cause of screw loosen. Throughout this matter, plaintiff lacking of trustful on doctor, and plaintiff no longer think about surgery on L5-S1. The horrible was.

### IV- CAUSE AND ACTION

Plaintiff is disabled on both physical and mental; therefore, plaintiff is vulnerable to an adversary circumstance. The negligence of surgery on 08/20/2020 was conducted plaintiff has suffering more pain, and living under emotional distress. Pain from mid-back is radiated to front belly and generated a feeling

nausea in every day. Surgery on 08/20/2020 but the site where surgery done is still swelling and hurt.

## V-DEMAND FOR RELIEF

Caused of negligence on surgery; plaintiff must suffer a physical pain as well as inflicted by emotional distress, affecting to plaintiff's well-being all time. Therefore, plaintiff demand a relief in amount of $400,000.00 (four hundred thousand dollars)

## VI-CONCLUSION

Consequence from surgery at the Aurora Medical Center; plaintiff have to suffer a damage on both physical and mental. Therefore, plaintiff has this petition to the Court grant an order and against to defendant in accountable the injury on that plaintiff suffer.

Dated: 04/01/2022

Respectfully submitted,

Kent Vu Phan. Plaintiff/Petitioner

Phone: (303) 875-5224

Email: hvacademy@gmail.com

## CERTIFICATE OF SERVICES

Plaintiff hereby certified that on 04/01/2022 have sent a copy of this Complaint and Civil Summon to Defendant followed this address:

Aurora Medical Center for

Dr. Colin Buchanan

1501 South Potomac Street

Aurora, CO 80012

